**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sergio GONZALEZ–MARTINEZ,
Defendant—Appellant.**

No. 04–10537.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Susan Baumann, USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Myrna Rodriguez Beards, Esq., Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Sergio Gonzalez–Martinez appeals the sentence imposed following his guilty plea conviction to one count of illegal reentry after deportation, in violation of 8 U.S.C. §§ 1326(a) and (b)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Gonzalez–Martinez was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005).

**REMANDED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

